| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF PUERTO RICO | |
| Case number *(if known)* _____ Chapter  11 | |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | AGREGADOS FURIA INC. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 66-0852885 |
| 4. | **Debtor's address** | **Principal place of business**<br>CARR 140 KM 65.8<br>BO. FLORIDA AFUERA<br>Barceloneta, PR 00617<br><sub>Number, Street, City, State & ZIP Code</sub><br><br>Barceloneta<br><sub>County</sub> | **Mailing address, if different from principal place of business**<br>BRISAS DE TORTUGUERO 16<br>CALLE RIO GRANDE<br>Vega Baja, PR 00693<br><sub>P.O. Box, Number, Street, City, State & ZIP Code</sub><br><br>**Location of principal assets, if different from principal place of business**<br><br><sub>Number, Street, City, State & ZIP Code</sub> |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  AGREGADOS FURIA INC.  Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    2123

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor  AGREGADOS FURIA INC.                                    Case number (*if known*)
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor   AGREGADOS FURIA INC.                                    Case number (*if known*)
     *Name*

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **AGREGADOS FURIA INC.**
_____
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 21, 2024
              MM / DD / YYYY

X /s/ Carmen L. Alvarado Torres
Signature of authorized representative of debtor

Carmen L. Alvarado Torres
Printed name

Title  Authorized Representative

**18. Signature of attorney**

X /s/ Amarys V. Bolorin Solivan
Signature of attorney for debtor

Date  May 21, 2024
      MM / DD / YYYY

Amarys V. Bolorin Solivan 308711
Printed name

Lugo Mender Group, LLC
Firm name

100 Carr 165 Suite 501
Guaynabo, PR 00968-8052
Number, Street, City, State & ZIP Code

Contact phone  (787) 707-0404      Email address  a.bolorin@lugomender.com

308711 PR
Bar number and State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 5

# AGREGADOS FURIA, INC.

CORPORATE RESOLUTION

**Agregados Furia, Inc.,** a corporation constituted per the laws and within the Commonwealth of Puerto Rico, by this certify:

At the meeting celebrated on May 17, 2024, the Board of Directors of Agregados Furia Inc., agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

That we have been informed and counseled as of the meaning of Chapter 11 of the Bankruptcy Code.

At the meeting celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved by officers and stockholders.

That it was also agreed that the services of Attorney Wigberto Lugo-Mender, Alexis Betancourt-Vincenty and Amarys Bolorín-Soliván of Lugo Mender Group LLC would be retained for such purposes.

That for the best interest of the company we authorize to file a petition for relief under Chapter 11 of the Bankruptcy Code at the Bankruptcy Court for the District of Puerto Rico. Also, we authorize Mr. José A. Rodriguez Rosa, President of the Corporation, and/or Mrs. Carmen Alvarado Torres, Secretary, to execute such petition and to represent the corporation at this bankruptcy proceeding, including the authority to contract services required or to be performed in this matter.

I sign this Resolution today, the 21th day of May 2024.

_____
Secretary

**Fill in this information to identify the case:**

Debtor name: AGREGADOS FURIA INC.

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2024

X /s/ Carmen L. Alvarado Torres
Signature of individual signing on behalf of debtor

Carmen L. Alvarado Torres
Printed name

Authorized Representative
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: AGREGADOS FURIA INC.

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Transporte Negron Inc. Carr 8860 Km 102 Bo. Martin Gonzalez Carolina, PR 00987 | 787-769-6350 | A. Universal Generator 1995 seria 130/150 Value $100,000 | | | | $174,000.00 |
| Transporte Bolet Inc. PO Box 785 Vega Baja, PR 00694 | 787-647-3771 | A. Inertia Machine 0516, Triple Deck 2007 & Inertia RP4047 Year 2007 Value $300,000 B. Komatsu Model 220 Serie 5-Excavadora Value $60,000 C. Loader | | | | $152,007.00 |
| Benjamin Soto Gonzalez PMB 121 PO Box 2020 Barceloneta, PR 00617 | 787-878-8005 | Re: Civi Case AR2022CV001198 B enjamin Soto vs Agregados Furia Inc et al Collection of Money | Contingent Unliquidated Disputed | | | $134,886.29 |
| Commercial Equipment Finance Inc PO Box 192649 San Juan, PR 00919 | 787-302-2334 | 2014 Doosan 300-Excavator Equipment | | | | $127,365.36 |
| Transporte Negron Inc. Carr 8860 Km 102 Bo. Martin Gonzalez Carolina, PR 00987 | 787-769-6350 | Komatsu Mod 375 Serie 15427 with Ripper Re: Civi Case SJ2022SV10649 | | | | $125,000.00 |
| Alejandro Martinez Rivera HC-52 Box 2050 Garrochales Garrochales, PR 00652 | 939-274-6702 | Re: Civil Case BC2024CV0007 Alejandro Martinez vs Agregados Furia Inc et al Damages | Contingent Unliquidated Disputed | | | $100,000.00 |

Official form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims       page 1

Debtor   AGREGADOS FURIA INC.　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| US Department of Labor<br>MineSafety and Health Adm<br>201 12th Street South<br>Suite 401<br>Arlington, VA 22202-5452 | 202-693-9732 | Civil Penalties | | | | $30,673.50 |
| Municipality of Barceloneta<br>PO Box 2049<br>Barceloneta, PR 00617-2049 | 787-846-3400 | Municipality License (Patents) | | | | $24,079.33 |
| CAPEX Financial Company<br>PO Box 1906034<br>San Juan, PR 00919-3064 | 787-723-4050 | 2019 Hitachi Mod 210 - Excavator Equipment | | $170,578.00 | $150,000.00 | $20,578.00 |
| State Insurance Fund Corp.<br>Legal Division<br>PO Box 365028<br>San Juan, PR 00936-5028 | 787-878-5757 | Workmen's Insurance | | | | $4,390.57 |

# United States Bankruptcy Court
## District of Puerto Rico

In re: AGREGADOS FURIA INC.
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jose A. Rodriguez Rosa & Carmen Alvarado<br>Urb Brisas de Tortuguero<br>Calle Rio Grande #19<br>Vega Baja, PR 00693 | | 100%<br>Stockholders | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: May 21, 2024

Signature: /s/ Carmen L. Alvarado Torres
Carmen L. Alvarado Torres

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Puerto Rico**

In re  AGREGADOS FURIA INC.                                              Case No. _____
                               Debtor(s)                                 Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  AGREGADOS FURIA INC.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 21, 2024                                     /s/ Amarys V. Bolorin Solivan
Date                                             Amarys V. Bolorin Solivan 308711
                                                 Signature of Attorney or Litigant
                                                 Counsel for  AGREGADOS FURIA INC.
                                                 Lugo Mender Group, LLC
                                                 100 Carr 165 Suite 501
                                                 Guaynabo, PR 00968-8052
                                                 (787) 707-0404 Fax:(787) 707-0412
                                                 a.bolorin@lugomender.com

# United States Bankruptcy Court
## District of Puerto Rico

In re: AGREGADOS FURIA INC.
Debtor(s)

Case No. _____
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: May 21, 2024

/s/ Carmen L. Alvarado Torres
Carmen L. Alvarado Torres/Authorized Representative
Signer/Title

AGREGADOS FURIA INC.
BRISAS DE TORTUGUERO 16
CALLE RIO GRANDE
VEGA BAJA, PR 00693

EMPRESAS BRAVO CORP
PO BOX 160
BARCELONETA, PR 00617

PR DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

AMARYS V. BOLORIN SOLIVAN
LUGO MENDER GROUP, LLC
100 CARR 165 SUITE 501
GUAYNABO, PR 00968-8052

ENRIQUE A. BAEZ GODINEZ
1457 CALLE HUMACAO APT B-1
SAN JUAN, PR 00909

PR WIRE PRODUCTS INC.
PO BOX 363167
SAN JUAN, PR 00936-3167

AGREGADOS NERGRON INC.
PO BOX 79569
CAROLINA, PR 00984

INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA, PA 19101-7346

STATE INSURANCE FUND CORP
LEGAL DIVISION
PO BOX 365028
SAN JUAN, PR 00936-5028

ALEJANDRO MARTINEZ RIVERA
HC-52 BOX 2050
GARROCHALES
GARROCHALES, PR 00652

JOSE A. RODRIGUEZ ROSA
URB. BRISAS DE TORTUGUERO
CALLE RIO GRANDE
VEGA BAJA, PR 00693

TRANSPORTE BOLET INC.
PO BOX 785
VEGA BAJA, PR 00694

ANGEL M BONNET ROSARIO, ESQ
URB. MATIENZO
CALLE DR. SALAS #153
ARECIBO, PR 00612

JOSE A. RORIGUEZ ROSA
URB. BRISAS DE TORTUGUERO
CALLE RIO GRANDE #16
VEGA BAJA, PR 00693

TRANSPORTE NEGRON INC.
CARR 8860 KM 102
BO. MARTIN GONZALEZ
CAROLINA, PR 00987

BENJAMIN SOTO GONZALEZ
PMB 121
PO BOX 2020
BARCELONETA, PR 00617

JUAN CORCHADO JUARBE, ESQ
URB. LAS CUMBRES
253 CALLE SIERRA MORENA
SAN JUAN, PR 00926

US DEPARTMENT OF LABOR
MINESAFETY AND HEALTH ADM
201 12TH STREET SOUTH SUITE40
ARLINGTON, VA 22202-5452

CAPEX FINANCIAL COMPANY
PO BOX 1906034
SAN JUAN, PR 00919-3064

LEONARDO DELGADO NAVARRO ESQ.
8 CALLE ARECIBO OFICINA B-1
SAN JUAN, PR 00917

COMMERCIAL EQUIPMENT FINANCE INC
PO BOX 192649
SAN JUAN, PR 00919

MUNICIPALITY OF BARCELONETA
PO BOX 2049
BARCELONETA, PR 00617-2049

CRIM
ATTE CARMEN P FIGUEROA ESQ
PO BOX 195387
SAN JUAN, PR 00919-5387

PR DEPARTMENT OF LABOR
PO BOX 21361
SAN JUAN, PR 00928-1361